IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

ALBENO SCELETZ CARMICHAEL,
    Plaintiff,

vs.                                                 Case No. 3:11cv79/RV/EMT

KENNETH L. WILLIAMS,
    Defendant.
_____/

## **O R D E R**

This cause comes on for consideration upon the magistrate judge's Report and Recommendation dated February 24, 2011 (Doc. 4). Plaintiff has been furnished a copy of the Report and Recommendation and has been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). I have made a _de novo_ determination of all timely filed objections.

Having considered the Report and Recommendation, and any timely filed objections thereto timely filed, I have determined that the Report and Recommendation should be adopted.

Accordingly, it is now **ORDERED** as follows:

1. The magistrate judge's Report and Recommendation is adopted and incorporated by reference in this order.

2. This cause is dismissed with prejudice pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii) and (iii), and because this court lacks jurisdiction to review orders entered in the state court proceedings.

**DONE AND ORDERED** this 29th day of March, 2011.

                                                        /s/ _Roger Vinson_
                                                        **ROGER VINSON**
                                                        **SENIOR UNITED STATES DISTRICT JUDGE**